**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| **MICHAEL DOYLE RUGGLES,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**GOVERNOR DAVID IGE, Individually and in his Official Capacity as Governor of the State of Hawaii, VIRGINIA PRESSLER M.D., Individually and in her Official Capacity as Director of the State of Hawaii, Department of Health, DOUGLAS CHIN, Individually and in his Official Capacity as Attorney General of the State of Hawaii, RICHARD HA, DYLAN SHROPSHIRE, LAU OLA LLC, STEVE SHROPSHIRE, ALOHA GREEN LLC, SHELBY FLOYD, HAWAIIAN ETHOS LLC, and EFFECTIVE CHANGE LLC,**<br><br>**Defendants.** | **Civ. No. 16-00304 ACK-KJM** |

**ORDER OF RECUSAL**

Plaintiff appears likely to seek a temporary restraining order in this action. I hereby recuse myself from this action because as a Senior District Judge I am no longer handling temporary restraining orders.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 13, 2016.




Alan C. Kay
Sr. United States District Judge

Ruggles v. Ige, et al., Civ. No. 16-00304 ACK-KJM, Order of Recusal.