# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 22, 2016

MICHAEL RUGGLES
PO BOX 794
MOUNTAIN VIEW, HI 96771

Re: CIV NO 16-00304 LEK-KJM

Dear Applicant,

Please be advised that your Application to Proceed In Forma Pauperis has been GRANTED. Please reference the CIVIL Number 1 6-00304 LEK-KJM on all correspondence and filings.

Enclosed you will find:

1. A certified copy of the Order to Proceed In Forma Pauperis
   (Mail this to the U.S. Marshals with your complaint);

2. A certified copy of your petition or complaint (service must be made upon each named defendant; any photocopying is your responsibility);

3. A copy of the summons (service must be made upon each named defendant; any photocopying is your responsibility);

4. U.S. Marshals Service forms (one for service upon each named defendant).

5. Waiver of Service Forms AO 398 and AO 399 and instructions

6. Pro Se Litigant's Guide "Representing Yourself In Federal Court in Hawai'i" and copy of Rule 4 "Commencing and Action, Etc".

After completing the U.S. Marshals Service forms for each defendant, mail the forms with the Order to Proceed In Forma Pauperis, the complaint or petition, and summons (for each defendant) to the U.S. Marshal, 300 Ala Moana Blvd, Room C-109, Honolulu, HI 96850.

Sincerely Yours,

SUE BEITIA, CLERK

encl.